1  G. Thomas Martin, III, Esq. (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  T: (818) 907-2030; F: (818) 205-2730
   tom@plglawfirm.com
4
   Attorneys for Plaintiff,
5  GENIA WHEELER

6

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9

10

11  GENIA WHEELER              ) Case No.: CV 11-09286-AGR
                                )
12              Plaintiff,      ) STIPULATION AND [PROPOSED]
                                ) ORDER OF DISMISSAL WITH
13  VERIZON CALIFORNIA, INC.;   ) PREJUDICE BETWEEN
    DOES 1 – 10, inclusive.     ) PLAINTIFF AND DEFENDANT
14                              )
                                )
15              Defendants.     )
                                )
16                              )
                                )
17                              )

18

19      Plaintiff, GENIA WHEELER, by counsel, and Defendant, VERIZON

20  CALIFORNIA, INC., by counsel, hereby stipulate and agree to dismiss this matter

21  with prejudice, with each party to bear its own costs and attorneys' fees.

22

23  //

24  //

25

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

|   |   |   |
|---|---|---|
| 1 |  | RESPECTFULLY SUBMITTED, |
| 2 | DATED: May 25, 2012 | **PRICE LAW GROUP APC** |
| 4 |  | By: _____/s/_____ |
| 5 |  | G. Thomas Martin, III<br>Attorney for Plaintiff |
| 7 |  | RESPECTFULLY SUBMITTED, |
| 9 | DATED: May 25, 2012 | **URRABAZO LAW GROUP** |
| 11 |  | By: _____/s/_____<br>Donald S. Urrabazo<br>Arturo Padilla<br>Attorneys for Defendant Verizon |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

## [~~PROPOSED~~ ORDER]

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff GENIA WHEELER against Defendant VERIZON CALIFORNIA, INC are dismissed, with prejudice. Plaintiff GENIA WHEELER and Defendant VERIZON CALIFORNIA, INC shall each bear their own costs and attorneys' fees.

Date: June 11, 2012         *Alicia G. Rosenberg*
                            United States Magistrate Judge,
                            Central District of California