1  G. Thomas Martin, III, Esq. (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  T: (818) 907-2030; F: (818) 205-2730
   tom@plglawfirm.com
4
   Attorneys for Plaintiff,
5  GENIA WHEELER

6

7
                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9

10
                                  ) Case No.: CV 11-09286-AGR
11 GENIA WHEELER                   )
                                   ) STIPULATION AND [~~PROPOSED~~]
12        Plaintiff,               ) ORDER OF DISMISSAL WITH
                                   ) PREJUDICE BETWEEN
13 VERIZON CALIFORNIA, INC.;       ) PLAINTIFF AND DEFENDANT
14 DOES 1 – 10, inclusive.         )
                                   )
15        Defendants.              )
                                   )
16                                 )
                                   )
17                                 )

18
          Plaintiff, GENIA WHEELER, by counsel, and Defendant, VERIZON
19
   CALIFORNIA, INC., by counsel, hereby stipulate and agree to dismiss this matter
20
   with prejudice, with each party to bear its own costs and attorneys' fees.
21

22

23 //

24 //

25

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

RESPECTFULLY SUBMITTED,

DATED: May 25, 2012 **PRICE LAW GROUP APC**

By: /s/

G. Thomas Martin, III
Attorney for Plaintiff

RESPECTFULLY SUBMITTED,

**URRABAZO LAW GROUP**

DATED: May 25, 2012

By: /s/
Donald S. Urrabazo
Arturo Padilla
Attorneys for Defendant Verizon

# [~~PROPOSED~~ ORDER]

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff GENIA WHEELER against Defendant VERIZON CALIFORNIA, INC are dismissed, with prejudice. Plaintiff GENIA WHEELER and Defendant VERIZON CALIFORNIA, INC shall each bear their own costs and attorneys' fees.

Date: June 11, 2012

_Alicia G. Rosenberg_
United States Magistrate Judge,
Central District of California